DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
MARTIN T. LEDERER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>vs.<br><br>MARTIN T. LEDERER,<br><br>                             Defendant. | **2:92-00422 GEB**<br><br>**REQUEST AND [PROPOSED]  ORDER TO EXONERATE BAIL AND TO RECONVEY PROPERTY** |
|---|---|

It is hereby requested on behalf of defendant, Martin T. Lederer, who is now deceased, that the $40,000.00 bail secured by real property in this matter be exonerated; and, that a deed of reconveyance issue forthwith.

The docket in this matter reflects that on November 2, 1992, defendant was ordered released on a $40,000.00 bail secured by real property (Docket Entry # 7).

The docket in this matter reflects that on December 7, 1992, the property deed for the bail bond was released. (Docket Entry # 21).

The docket in this matter reflects that on June 22, 1993, the defendant was remanded to the custody of the US Marshall.  (Docket Entry # 57).

The docket in this matter reflects that on March 10, 1995, the defendant was ordered released following his plea of guilty to a superseding information (Docket Entry #s 110 and 111); and, a review of the 122 docket entries does not reflect that an order exonerating the bail bond and directing the Clerk of the Court to reconvey the real property was entered.

The property used to secure the bail in this matter, appears to be encumbered by the deed of trust securing the $40,000.00 bail posted (see Exhibit A, Preliminary Title Report, page 3 at number 7, reflecting that on November 13, 1992, a deed of trust in the amount of $40,000.00 was recorded in favor of the United States District Court for the Eastern District of California; and, there is no entry of reconveyance in the preliminary title report).

Based upon the above, it is respectfully requested that the bail in this matter be exonerated; and, that the real property securing the bail be reconveyed forthwith.

Dated: June 23, 2014            /s/ David W. Dratman
                                DAVID W. DRATMAN
                                Attorney for Defendant
                                MARTIN T. LEDERER

It is so ordered.

Dated:  June 27, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

REQUEST AND [PROPOSED]  ORDER TO EXONERATE BAIL AND TO RECONVEY PROPERTY                                                                 2